

# Fourth Court of Appeals
## San Antonio, Texas

October 8, 2019

No. 04-19-00614-CV

**IN THE INTEREST OF BABY GIRL RODRIGUEZ,**

From the 131st Judicial District Court, Bexar County, Texas
Trial Court No. 2018PA01873
Honorable Susan D. Reed, Judge Presiding

# O R D E R

This is an accelerated appeal of an order in a suit for termination of the parent-child relationship that must be disposed of by this court within 180 days of the date the notice of appeal was filed in the trial court. *See* TEX. R. JUD. ADMIN. 6.2. Appellant timely filed a notice of appeal on September 5, 2019. Accordingly, the record was due September 16, 2019. *See* TEX. R. APP. P. 26.1(b), 35.1(b). Appellant's docketing statement asserts that a reporter's record was requested from court reporter Elva Chapa on September 5, 2019. The record was not filed.

On September 20, 2019, the clerk of this court notified the court reporter by letter that she is the reporter responsible for the record and that the record was late. Our letter required the record be filed by September 30, 2019. We have received no response to the letter and the record has not been filed.

We **order** the court reporter, **Elva Chapa**, to file the reporter's record in this appeal by **October 11, 2019**. The court will not grant any further extension of time to file the record in the absence of a showing of extraordinary circumstances that prevent the timely filing of the record and reasonable assurance the record will be completed and filed by the requested extended deadline.

Because this is an appeal from the termination of parental rights, "the trial court must direct the official or deputy reporter to immediately commence the preparation of the reporter's record. The trial court must arrange for a substitute reporter, if necessary." TEX. R. APP. P. 28.4(b)(1). We further **order** the clerk of this court to serve a copy of this order on the trial court. *See* TEX .R. APP. P. 35.3(c) ("[t]he trial and appellate courts are jointly responsible for ensuring that the appellate record is timely filed").

_____
Luz Elena D. Chapa, Justice

       IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 8th day of October, 2019.

_____
LUZ ESTRADA,
Chief Deputy Clerk